UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                :

RICARDO VELASQUEZ,                                      :

                                 Plaintiff,                        :
                                                                :         21-CV-10619 (JMF)
                   -v-                                        :
                                                                 :              ORDER

LAVISH BEAUTY INC., et al.,                           :

                                 Defendants.                   :

-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's February 14, 2022 Order, ECF No. 13, Plaintiff was required to file a default judgment motion by March 11, 2022.  Plaintiff has not done so.  As a courtesy, Plaintiff's deadline is hereby EXTENDED, *nunc pro tunc*, to March 18, 2022.  If Plaintiff fails to file a motion by that date, his complaint may be dismissed without further warning for failure to prosecute.

       SO ORDERED.

Dated: March 16, 2022
       New York, New York                                            JESSE M. FURMAN
                                                                      United States District Judge